1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  EMMA NERSESYAN

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. CR-S-12-00195 GEB
                                      )
12 |            Plaintiff,            )
                                      ) STIPULATION AND [PROPOSED] ORDER
13 |      v.                          ) TO CONTINUE STATUS CONFERENCE
                                      )
14 | EMMA NERSESYAN,                  )
     et al.,                          ) Date: August 3, 2012
15 |                                  ) Time: 9:00 a.m.
                Defendants.           ) Judge: Hon. Garland E. Burrell, Jr.
16 |                                  )
   | _____    )
17

18    The parties request that the status conference in this case be
19 continued from June 15, 2012, to August 3, 2012 at 9:00 a.m. They
20 stipulate that the time between June 15, 2012 and August 3, 2012 should
21 be excluded from the calculation of time under the Speedy Trial Act. The
22 parties stipulate that the ends of justice are served by the Court
23 excluding such time, so that counsel for the defendant may have
24 reasonable time necessary for effective preparation, taking into account
25 the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv)and
26 Local Code T-4. Defense counsel needs additional time to investigate the
27 facts of the case and to negotiate a resolution to this matter. The
28 parties stipulate and agree that the interests of justice served by

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: June 14, 2012

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Douglas Beevers
                                      DOUGLAS BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      EMMA NERSESYAN

Dated: June 14, 2012

                                      /s/ Candace Fry
                                      CANDACE FRY
                                      Attorney for Defendant
                                      AGVAN NERSESYAN

Dated: June 14, 2012

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Steve Lapham
                                      STEVE LAPHAM
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for June 15, 2012, be continued to August 3, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the August 3, 2012, status conference shall be excluded from computation of

time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: June 14, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge