1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | DOUGLAS BEEVERS, USVI Bar #766
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700
5
Attorney for Defendant
6 | EMMA NERSESYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-12-00195 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| EMMA NERSESYAN, et al., | ) |
| | ) Date: September 28, 2012 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference in this case be continued from August 3, 2012, to September 28, 2012 at 9:00 a.m. They stipulate that the time between August 3, 2012 and September 28, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4. Defense counsel needs additional time to investigate the facts of the case and to negotiate a resolution to this matter. Specifically, defense counsel needs additional time to review and examine

the discovery with their clients. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A) and (B)(iv)and Local Code T-4.

Dated: August 2, 2012

        Respectfully submitted,

        DANIEL BRODERICK
        Federal Defender

        /s/ Douglas Beevers
        DOUGLAS BEEVERS
        Assistant Federal Defender
        Attorney for Defendant
        EMMA NERSESYAN

Dated: August 2, 2012

        /s/ Candace Fry
        CANDACE FRY
        Attorney for Defendant
        AGVAN NERSESYAN

Dated: August 2, 2012

        BENJAMIN B. WAGNER
        United States Attorney

        /s/ Steve Lapham
        STEVE LAPHAM
        Assistant United States Attorney
        Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 3, 2012, be continued to September 28, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the

September 28, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: August 2, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge