CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 446-9322
FAX: (916) 446-0770
E Mail: c.fry@att.net

Attorney for AGVAN NERSESYAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-00195-GEB |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |
| v. | |
| EMMA NERSESYAN and AGVAN NERSESYAN, | |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1. By previous order, this matter was set for status on March 22, 2013.

2. By this stipulation, defendants now move to continue the status conference until May 3, 2013, and to exclude time between March 22, 2013, and May 3, 2013, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes approximately 745 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and

-1-

|   |   |   |
|---|---|---|
| 1 |   | copying. |
| 2 | b. | Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges and to discuss potential resolutions with their clients.  Futher, counsel are in the process of setting a meeting with the clients and an interpreter to review recent discovery.   Counsel for defendants believe that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence. |
| 9 | c. | The government does not object to the continuance. |
| 10 | d. | Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. |
| 13 | e. | For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 22, 2013 to May 3, 2013,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. |

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 20, 2013         */s/ Candace A. Fry*
CANDACE A. FRY, Attorney for
AGVAN NERSESYAN, Defendant

| | |
|---|---|
| Dated: March 20, 2013 | JOSEPH SCHLESINGER<br>Acting Federal Defender |
| | By  /s/ Candace A. Fry for<br>DOUGLAS BEEVERS. Assistant Federal Defender, Attorney for EMMA NERSESYAN, Defendant |
| Dated: March 20, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By  /s/ Candace A. Fry for<br>LEE S. BICKLEY<br>Assistant United States Attorney |
| | (Signed for Mr. Beevers and Ms. Bickley with their prior authorization) |

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: March 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge