CANDACE A. FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 446-9322
FAX: (916) 446-0770
E Mail: c.fry@att.net

Attorney for AGVAN NERSESYAN,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-CR-00195-GEB |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; (PROPOSED) FINDINGS AND ORDER** |
| v. | |
| EMMA NERSESYAN and AGVAN NERSESYAN, | |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, as follows:

1.      By previous order, this matter was set for status on May 3, 2013.

2.      By this stipulation, defendants now move to continue the status conference until June 14, 2013,  and to exclude time between May 3, 2013, and June 14, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case includes approximately 745 pages of documents.  All of this discovery has been either produced directly to counsel and/or made available for inspection and

1    copying.

2    b.    Counsel for defendants desire additional time to consult with their clients, to review

3    the current charges, to conduct investigation and research related to the charges

4    and to discuss potential resolutions with their clients.  Counsel are in the process

5    of setting another meeting with the clients and an interpreter for further

6    consultation.   Counsel for defendants believe that failure to grant the above-

7    requested continuance would deny them reasonable time necessary for effective

8    preparation, taking into account the exercise of due diligence.

9    c.    The government does not object to the continuance.

10    d.    Based on the above-stated findings, the ends of justice served by continuing the

11    case as requested outweigh the interest of the public and the defendant in a trial

12    within the original date prescribed by the Speedy Trial Act.

13    e.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14    et seq., within which trial must commence, the time period of May 3, 2013, to June

15    14, 2013,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

16    B(iv) [Local Code T4] because it results from a continuance granted by the Court

17    at defendants' request on the basis of the Court's finding that the ends of justice

18    served by taking such action outweigh the best interest of the public and the

19    defendant in a speedy trial.

20    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of

21    the Speedy Trial Act dictate that additional time periods are excludable from the period

22    within which a trial must commence.

23    IT IS SO STIPULATED.

24

25

26    Dated:  April 30, 2013            /s/ Candace A. Fry

                                   CANDACE A. FRY, Attorney for

27                                AGVAN NERSESYAN, Defendant

28

Dated: April 30, 2013

HEATHER WILLIAMS,
Federal Defender

By    */s/ Candace A. Fry for*
        DOUGLAS BEEVERS. Assistant
        Federal Defender, Attorney for EMMA
        NERSESYAN, Defendant

Dated: April 30, 2013

BENJAMIN B. WAGNER
United States Attorney

By    */s/ Candace A. Fry for*
        LEE S. BICKLEY
        Assistant United States Attorney

(Signed for Mr. Beevers and Ms. Bickley with
their prior authorization)

# O R D E R

IT IS SO FOUND AND ORDERED.

Dated: April 30, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge